# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2016

154394 & (68)(78)(79)(80)(81)(82)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 154394
                                            COA: 317010
                                            Oakland CC: 1970-006123-FX

ROBERT CHARLES COOK,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 25, 2016, July 12, 2016, and August 8, 2016 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel, for peremptory reversal, for bond pending appeal, to produce medical and other records, for full Court review of orders denying disqualification, and for default judgment are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2016



p1115

                                          Clerk